
CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of ) 
*(Briefly describe the property to be searched* ) 
*or identify the person by name and address)* )   Case No.   MJ20-427 (4)
) 
Information Associated with Particular Cellular Towers )
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Washington___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ___July 29, 2020___   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Any Magistrate Judge in the Western District of WA___.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☑ until, the facts justifying, the later specific date of ___10/13/2020___.

Date and time issued:   07/15/2020 1:30 pm   _____
*Judge's signature*

City and state:   Seattle, Washington   Brian A. Tsuchida, United States Chief Magistrate Judge
*Printed name and title*

USAO: 2020R00434

| Return | | |
|---|---|---|
| Case No.: MJ20-427 | Date and time warrant executed: July 15, 2020 | Copy of warrant and inventory left with: N/A- Included in online service to company |
| Inventory made in the presence of : | ASAC Joe Rogers, SSA-OIG/SA Scott Jones SSA-OIG | |

Inventory of the property taken and name of any person(s) seized:

Warrants served via AT&T, Sprint, Verizon and T-Mobile on-line Law Enforcement Portals, and responsive phone records authorized in Attachment B of the search warrant were subsequently received.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6-13-22

*Executing officer's signature*

Matt Lavelle, ASAC SSA-OIG

*Printed name and title*